```
LAUREN M. BLAS, SBN 296823
   lblas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MEGAN COONEY, SBN 295174
   mcooney@gibsondunn.com
KATIE M. MAGALLANES, SBN 300277
   kmagallanes@gibsondunn.com
JESSICA M. PEARIGEN, SBN 317286
   jpearigen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendant
AMAZON RETAIL LLC
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HOLLY SCHNEIDER, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON RETAIL LLC; and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-05174-MEMF-MAA<br><br>**JOINT STIPULATION OF DISMISSAL** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Holly Schneider and Defendant Amazon Retail LLC hereby stipulate as follows:

Plaintiff Schneider's individual and class claims shall be dismissed without prejudice, thereby resulting in the dismissal of this entire action. According to Rule 41(a)(1)(A)(ii), therefore, this stipulation of dismissal signed by all parties who have appeared, constitutes the voluntary dismissal of this action without need of further Court order.

Dated: February 22, 2022

LAUREN M. BLAS
MEGAN COONEY
KATIE M. MAGALLANES
JESSICA M. PEARIGEN
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Lauren M. Blas*
Lauren M. Blas

Attorneys for Defendant
AMAZON RETAIL LLC

Dated: February 22, 2022

JOSEPH LAVI
VINCENT C. GRANBERRY
MELISSA A. HUETHER
LAVI & EBRAHIMIAN LLP

By: */s/ Melissa A. Huether*
Melissa A. Huether

Attorneys for Plaintiff HOLLY SCHNEIDER, on behalf of herself and others similarly situated

## **ATTESTATION PURSUANT TO L.R. 5-4.3.4**

I, Lauren M. Blas, attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in the contents of the stipulation and have authorized this filing.

Dated: February 22, 2022

                                                 */s/ Lauren M. Blas*
                                                     Lauren M. Blas